UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>    Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>    Respondent. | No. 2:17-cv-01917-KJM-AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a motion to reconsider the order denying his prior motion to reconsider. Mot., ECF No. 15 (July 5, 2018). Petitioner argues reconsideration is warranted because he filed his prior reconsideration motion under Federal Rule of Civil Procedure 60(b), yet the court erroneously analyzed it under Rule 59(e). *See id.* at 1-3 (citing ECF Nos. 13-14).

Petitioner misunderstands the interplay between these two rules. A motion for reconsideration may be properly analyzed under either Rule 59(e) or Rule 60(b). *Taylor v. Knapp*, 871 F.2d 803, 805 (9th Cir. 1989). If filed within twenty-eight days of the judgment it seeks to reconsider, the motion is treated as a Rule 59(e) motion; if filed more than twenty-eight days after that judgment, the motion is treated as a Rule 60(b) motion. *See Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp.*, 248 F.3d 892, 898-99 (9th Cir. 2001) (explaining motion

1

for reconsideration filed within ten days of judgment is treated as Rule 59(e) motion). The motion's treatment is dependent on its timing, not on its label. *Taylor*, 871 F.2d at 805.

Here, because petitioner filed a motion to reconsider a final judgment within 28 days of that judgment, the court properly applied Rule 59(e). *See* Prior Order, ECF No. 14, at 2 (explaining why Rule 59(e) applied); Dispositive Order & J., ECF Nos. 10-11 (May 1, 2018); Prior Mot., ECF No. 13 (May 16, 2018).

The court's prior order applied the proper standard. Petitioner's request for reconsideration is therefore DENIED. As previously noted, petitioner has now filed successive motions to reconsider that are "nearly identical." Prior Order at 2 (citing ECF Nos. 7, 10, 13). Further motions to reconsider based on the same arguments will not be considered.

IT IS SO ORDERED

This resolves ECF No. 15.

DATED: August 3, 2019.

_____
UNITED STATES DISTRICT JUDGE